# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYONS PARTNERSHIP, L.P., a Texas limited partnership,<br><br>            Plaintiff,<br><br>    v.<br><br>NATIONAL DISCOUNT COSTUME CO., INC., ET AL.<br><br>            Defendants. | CASE NO. 96cv987 BTM(AJB)<br>            06cv605 BTM(AJB)<br>            06cv702 BTM(AJB)<br><br>**ORDER GRANTING APPLICATION FOR AN EXTENSION OF TIME** |
| HIT ENTERTAINMENT, INC., ET AL.<br><br>            Plaintiffs,<br><br>    vs.<br><br>NATIONAL DISCOUNT COSTUME CO., INC., ET AL.<br><br>            Defendants. | |

Counsel for defendants Ai Quach and American Chinese Times has filed an application for an extension of time to file an opposition to Plaintiffs' Motion for Summary Judgment. Counsel for defendant Costume Enterprises, Inc., has also requested an extension of time.

The Court has reviewed the declarations submitted in support of the applications and is satisfied that good cause exists to grant the requested relief. Therefore, Defendants' applications are **GRANTED** and the deadline for filing opposition papers is extended to and including **September 4, 2007**. The reply shall be filed on or before **September 17, 2007**.

1 | The hearing on the Motion for Summary Judgment is **CONTINUED** to **September 21, 2007**
2 | **at 11:00 a.m.**  Unless otherwise directed by the Court, there shall be no oral argument, and
3 | no personal appearances are necessary.
4 |      The Court shall consider the Motion for Summary Judgment despite the fact that
5 | Plaintiffs' counsel filed the motion one day after the motion cut-off date.  In the future,
6 | Plaintiffs' counsel should take care to comply with all applicable deadlines and should file a
7 | timely application for relief from any deadline that cannot be met.
8 | **IT IS SO ORDERED.**
9 |
10 | DATED:  August 3, 2007
11 |
12 |                                      Honorable Barry Ted Moskowitz
                                     United States District Judge